# Court of Appeals
# of the State of Georgia

ATLANTA,  March 28, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0291. C. WAYNE FOUNTAIN v. SHARON KAY STANGE.**

C. Wayne Fountain filed this application from the probate court's order discharging Sharon Stange as the administrator of the estate of Arthur Don Watkins.[1] Under OCGA § 15-9-123 (a), a party in a civil case in probate court shall have the right of appeal to an appellate court without first seeking review in superior court. A probate court is defined as "a probate court of a county having a population of more than 90,000 persons according to the United States decennial census of 2010 or any future such census." OCGA § 15-9-120 (2). According to the 2010 census, Columbia County had a population of 124,053. Because the Probate Court of Columbia County meets the statutory definition of a probate court, Fountain has a right of direct appeal to this Court, and no application was required. See *O'Regan v. Brennan*, 204 Ga. App. 50 (418 SE2d 389) (1992).

Accordingly, the application for discretionary appeal is hereby GRANTED pursuant to OCGA § 5-6-35 (j). Fountain shall have ten days from the date of this order to file a notice of appeal in the probate court. OCGA § 5-6-35 (g). The clerk of the probate court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

---

[1] Fountain filed the application with the Supreme Court, which transferred the matter to this Court. Case No. S22D0678 (Feb. 22, 2022).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,___03/28/2022_____*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*